DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD WILLIAM CLARKE** a/k/a **G. WILLIAM CLARKE** a/k/a **BILL CLARKE** a/k/a **GERALD W. CLARKE** and **KIP CLARKE,**
Appellants,

v.

**NATIONSTAR MORTGAGE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AMERICA'S WHOLESALE LENDER** and **JANET WARD,**
Appellees.

No. 4D16-1886

[ July 13, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502011CA011089A.

Kendrick Almaguer and Arthur E. Alves, II of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Jennifer M. Chapkin, William L. Grimsley and N. Mark New, II of McGlinchey Stafford, Fort Lauderdale, for Appellee Nationstar Mortgage LLC.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***